976

**Paul Dean BARKER, Appellant, v. UNITED STATES of America, Appellee.**

No. 13233.

United States Court of Appeals
Fifth Circuit.

Nov. 22, 1950.

Paul Dean Barker, in pro. per.

Henry W. Moursund, U. S. Atty., San Antonio, Tex., for appellee.

Before HUTCHESON, Chief Judge, and McCORD and BORAH, Circuit Judges.

PER CURIAM.

The motion to dismiss the appeal is denied, the judgment is affirmed.

**Sam BRODELLA, Appellant, v. UNITED STATES of America, Appellee.**

United States Court of Appeals
Sixth Circuit.

Sept. 15, 1950.

PER CURIAM.

The defendant-appellant, Sam Brodella, having made his application for leave to dismiss his appeal,

It is hereby ordered, adjudged and decreed that the appeal be and herewith is dismissed.

See, also, 6 Cir., 184 F.2d 823.